**Lawrence A. KOKENGE, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 2013–7088.

United States Court of Appeals, Federal Circuit.

April 17, 2014.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

Tara K. Hogan, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, and Scott D. Austin, Assistant Director. Of counsel on the brief was Michael J. Timinski, Deputy Assistant General Counsel, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Anna Elazan, Attorney.

OURIE, SCHALL, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**